# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151211

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 151211
COA: 318159
Lenawee CC: 13-016293-FC

JAMES GRAHAM COOPER, JR.,
      Defendant-Appellant,

_____/

      On order of the Court, the application for leave to appeal the January 22, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2015

Clerk

s1008